OPINION — AG — ARTICLE XXVII, SECTION 5 OF THE OKLAHOMA CONSTITUTION, AND 37 O.S. 1971 516 [37-516] DO NOT PROHIBIT LIQUOR ADVERTISING IN A MAGAZINE AND/OR PROGRAM PUBLISHED AND PRINTED OUTSIDE OF THE STATE OF OKLAHOMA BY A PUBLISHER HEADQUARTERED OUTSIDE THE STATE OF OKLAHOMA, AND TO BE DISTRIBUTED IN ALL FIFTY STATES IN CONNECTION WITH A NATIONALLY PUBLICIZED EVENT TO BE HELD IN OKLAHOMA. (DANIEL J. GAMINO)